JAMES V. MARTIN, Appellant, v. MANUFACTURERS AIRCRAFT ASSOCIATION, INC., and EDWARD A. DEEDS, Respondents, Impleaded with Others.— Orders dated respectively June 7, 1937, and June 22, 1937, so far as appealed from, unanimously modified so as to allow, in addition to the items granted, the following items as demanded in plaintiff's notice of motion for examination before trial dated April 20, 1937: 12, 30, 35, 41, 48 (eliminating " or any other prospective customer of plaintiff)," 54, 58, 60, 67, 81 and 94 (eliminating " or any other prospective customer of plaintiff "). As so modified, the orders appealed from are affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAMES V. MARTIN, Respondent, v. MANUFACTURERS AIRCRAFT ASSOCIATION, INC., and Others, Defendants, Impleaded with CURTISS AEROPLANE & MOTOR COMPANY, INC., and Others, Appellants.— The order entered July 22, 1937, should be modified as follows: 1. With regard to defendants' notice for a bill of particulars, the following additional items should be allowed: 13-b, 13-c, 13-d, 28-b, 28-d and 28-e; items 20-a and 28-a (the latter apparently inadvertently printed in the order as 28-A) were properly limited to the publications intended by the complaint. 2. With regard to the plaintiff's examination of the defendants before trial, the following items only should be allowed: 1, 4, 6, 17, 24, 25, 33, 35, 38, 43, 44, 45, 46, 54 and 57; all others are disallowed. 3. The unlimited direction for the production of the voluminous books and papers demanded in the plaintiff's notice of motion dated July 7, 1937, should be modified so as to provide that upon the examination of each of the persons named only such books and records in the custody of the defendants or of the person to be examined shall be produced as are shown to be material and necessary for examination of that particular person on specified items herein allowed. As so modified, the order is unanimously affirmed. No opinion. The date for the examination to proceed to be fixed in

the order. Settle order on notice. The bill of particulars to be served within thirty days after the completion of such examination. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.